Robert A. Riether AZ SBN 032336
**WRIGHT, FINLAY & ZAK, LLP**
2800 N. Central Avenue, Suite 1200
Phoenix, AZ 85004
Telephone (702) 475-7964
Facsimile: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Defendants, LendingTree, LLC and LendingTree, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Winters, Jr. *individually and on behalf of all others similarly situated*,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LENDINGTREE, LLC, and LENDINGTREE, INC.,<br><br>　　　　Defendants. | Case No.:  2:21-cv-01397-SMB<br><br>**NOTICE OF SETTLEMENT** |

///

///

///

///

///

///

///

///

///

///

///

1

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that, pursuant to LRCiv 40.2(d), Plaintiff, Richard Winters and Defendants, LendingTree, LLC and LendingTree, Inc. (collectively the "Parties"), have reached a settlement to resolve all claims pending between these Parties in this action. The Parties anticipate that the performance of the terms of the settlement agreement will be completed within ninety (90) days of the date of this notice. If the Court is desirous of a Status Conference on settlement, the Parties request such telephonic Status Conference on settlement documents with the Court approximately ninety (90) days out.

DATED this 18th day of October, 2021.

WRIGHT, FINLAY & ZAK, LLP

/s/ Robert A. Riether
Robert Riether (AZ SBN 032336)
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendants, LendingTree, LLC and LendingTree, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2021, I electronically transmitted the foregoing **NOTICE OF SETTLEMENT** and any attachments to the Office of the Clerk of the United States District Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Tonya Sessions
An Employee of WRIGHT, FINLAY & ZAK, LLP